**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Levern McCrea, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2020-001426

Appeal From Williamsburg County
George M. McFaddin, Jr., Circuit Court Judge

Unpublished Opinion No. 2024-UP-423
Heard December 4, 2024 – Filed December 18, 2024

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

Appellate Defender Wanda H. Carter, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Senior Assistant Attorney General Mark Reynolds Farthing, Deputy Attorney General Donald J. Zelenka, and Assistant Attorney General Joshua Abraham Edwards, all of Columbia, for Respondent.

**PER CURIAM:**  We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Levern McCrea's application for PCR.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**WILLIAMS, C.J., and MCDONALD and VINSON, JJ., concur.**